UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH MICHAEL DEVON ENGEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20-cv-01949-NCC |
| JEFFERSON COUNTY COURTS, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Joseph Michael Devon Engel's motion for leave to proceed in forma pauperis on appeal. (Docket No. 8). Upon review of the motion, the Court has determined that defendant is unable to pay the filing fee. *See* 28 U.S.C. § 1915. Therefore, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion for leave to proceed in forma pauperis on appeal (Docket No. 8) is **GRANTED**.

Dated this 2nd day of March, 2021.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE